IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS BROWNING                                                                                  PLAINTIFF

v.                              CASE NO. 4:08-CV-001835 BSM

JEFFREY SAND COMPANY and
JOHN DOE, INC.                                                                                   DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have stipulated that this cause should be dismissed with prejudice, it is hereby CONSIDERED, ORDERED AND ADJUDGED that the complaint of the plaintiff, Thomas Browning, against the defendants, Jeffrey Sand Company and John Doe, Inc., be and it is hereby dismissed with prejudice with each of the parties responsible for their own costs and attorneys' fees.

DATED  1-26 , 2010.

_____
UNITED STATES DISTRICT JUDGE

853466-v1